# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cornelius Williams, | No. CV-19-05508-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Bursey & Associates PC, | |
| Defendant. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 15).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 17th day of January, 2020.

Dominic W. Lanza
United States District Judge